COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Kenneth Dale Childers, Jr. v. The State of Texas

Appellate case number:   01-12-00462-CR

Trial court case number:  18938

Trial court:                    411th District Court of Polk County

On January 4, 2013, appellant's appointed counsel filed an *Anders* brief with this Court. Appellant's *pro se* response, if any, was due by February 4, 2013. On February 26, 2013, the Court received a letter from appellant requesting an extension of time to file a brief because he has sent a request to the trial court that he be appointed a new attorney. Appellant is not entitled to the appointment of a new attorney at this time. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). If appellant wishes to identify for the Court issues which the appellant believes the Court should consider in deciding whether the case presents any meritorious issues, appellant must prepare his own *pro se* response. *See In re Schulman*, 252 S.W.3d 403, 409 n.23 (Tex. Crim. App. 2008). The Court **grants** appellant's request for an extension to file a *pro se* response. If appellant wishes to file a response to the *Anders* brief, the response must be received by this Court by **April 4, 2013**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                        ☑ Acting individually    ☐ Acting for the Court

Date:  March 5, 2013